# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY GAINES, | ) Case No. CV 16-5011-TJH (JPR) |
| Plaintiff, | ) |
| | ) ORDER ACCEPTING FINDINGS AND |
| v. | ) RECOMMENDATIONS OF U.S. |
| | ) MAGISTRATE JUDGE |
| MICHAEL REYNOLDS et al., | ) |
| Defendants. | ) |

The Court has reviewed the Second Amended Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge, which recommends that the Court take judicial notice of Defendant Reynolds's Exhibit 1, grant Defendant's motion to dismiss, dismiss Plaintiff's false-arrest claim without leave to amend, and dismiss his false-imprisonment claim with leave to amend. See 28 U.S.C. § 636. No objections to the R. & R. have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Defendant's Exhibit 1 is judicially noticed, the SAC's federal false-arrest claim against

Defendant Reynolds is dismissed without leave to amend, and its remaining federal claims against Defendant Reynolds are dismissed with leave to amend. Plaintiff must file a third amended complaint in conformity with this Order and the R. & R. no later than 30 days from the date of the Order or his lawsuit may be dismissed for failure to prosecute as well as for the reasons stated in the R. & R.

DATED: January 24, 2018

TERRY J. HATTER JR.
U.S. DISTRICT JUDGE