**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY GAINES,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL REYNOLDS,<br><br>    Defendant. | ) Case No. CV 16-5011-TJH (JPR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

  The Court has reviewed the Third Amended Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge, which recommends that the Court take judicial notice of Defendant's Exhibit 1, grant Defendant's motion to dismiss, and dismiss the TAC without leave to amend. See 28 U.S.C. § 636. No objections to the R. & R. have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that Defendant's Exhibit 1 is judicially noticed and the TAC is dismissed without leave to amend.

DATED: August 20, 2018

                     /s/ Terry J. Hatter, Jr.
                     TERRY J. HATTER, JR.
                     U.S. DISTRICT JUDGE