**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY GAINES,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL REYNOLDS,<br><br>        Defendant. | Case No. CV 16-5011-TJH (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without leave to amend.

DATED: August 20, 2018

                                       TERRY J. HATTER, JR.
                                       U.S. DISTRICT JUDGE